# United States District Court for the Northern District of Illinois

Case Number: 08CV3136                Assigned/Issued By: DAJ

Judge Name: COAR                     Designated Magistrate Judge: BROWN

## FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP         ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                  Receipt #: 2815425

Date Payment Rec'd: 05/30/08         Fiscal Clerk: DAJ

## ISSUANCES

☑ Summons                            ☐ Alias Summons

☐ Third Party Summons                ☐ Lis Pendens

☐ Non Wage Garnishment Summons       ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                     (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

1  Original and  0  copies on  05/30/08  as to  DEF.
                               (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05