UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL UNION NO. 731,

Plaintiff,

Docket Number: 08CV3136   RCC

Assigned Judge: JUDGE COAR

MAGISTRATE JUDGE BROWN

v.

Designated
Magistrate Judge:

ARC DISPOSAL COMPANY, INC.,

Defendant.

TO: ARC DISPOSAL COMPANY, INC.
c/o C T Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Robert E. Bloch
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

[signature]

**(By) DEPUTY CLERK**

**May 30, 2008**

Date

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: June 6, '08 |
| NAME OF SERVER (PRINT) Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service-*

[_] Served personally upon the defendant. Place where served: _____

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[XXX] Other (specify): Personally handed the Summons and the Complaint to Ms. Dawn Schultz, of the C.T. Corporation System, the Registered Agent for the defendant, ARC Disposal Company, Inc. Service was effected at 208 S. LaSalle St., in Chicago, at 12:10 p.m., on June 6'th, 2008.

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 6th, 2008
Date

Signature of Server
Post Office Box # 911
Tinley Park, Illinois 60477

Address of Server