IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION 731, <br><br> Plaintiff, <br><br> v. <br><br> ARC DISPOSAL COMPANY, INC., <br><br> Defendant. | Case No. 08-cv-3136 <br><br> Judge Coar <br><br> Magistrate Judge Brown |

### NOTICE OF UNOPPOSED MOTION

To:   Robert E. Bloch
      Steven W. Jados
      DOWD, BLOCH & BENNETT
      8 South Michigan Avenue- 1900
      Chicago, IL 60603
      (312) 372-1361

PLEASE TAKE NOTICE that on Monday, July 7, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge David H. Coar, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 1419, and shall then and there present **Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is being served upon you along with this Notice.

Dated: June 24, 2008

Respectfully submitted,

ARC Disposal Company, Inc.

By:  /s/ Ross Friedman
     One of Its Attorneys

Sari Alamuddin
Ross Friedman
Morgan, Lewis & Bockius LLP
77 W. Wacker Dr., 5th Fl.
Chicago, IL  60601
312-324-1000
312-324-1001

1-CH/216118.1