# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

International Brotherhood of Teamsters Local Union No. 731

          Plaintiff,

v.

          Case No.: 1:08−cv−03136

          Honorable David H. Coar

Arc Disposal Company, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable David H. Coar:Defendant's Motion for extension of time to answer or plead to the complaint [10] is granted. Defendant to answer or plead on or before 7/16/2008. Parties need not appear on the presentment date of 7/7/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.