## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION NO. 731,<br><br>　　　　　　Plaintiff<br><br>　　　v.<br><br>ARC DISPOSAL COMPANY, INC.,<br><br>　　　　　　Defendant. | Case No.:　08CV3136 RCC<br><br>Judge:　　JUDGE COAR<br>　　　　　　MAGISRATE JUDGE BROWN |

## ANSWER TO COMPLAINT

Now comes Defendant, Arc Disposal Company, Inc. ("Arc Disposal" or the "Company"), by and through its attorneys, and answers the Complaint filed against it by Plaintiff International Brotherhood of Teamsters Local Union No. 731 ("Local 731" or the "Union") as follows:

1. The allegations contained in Paragraph 1 of the Complaint are admitted.

2. The allegations contained in Paragraph 2 of the Complaint are admitted.

3. The allegations contained in Paragraph 3 of the Complaint are denied.

4. The allegations contained in Paragraph 4 of the Complaint are admitted.

5. The allegations contained in Paragraph 5 of the Complaint are denied.

6. Arc Disposal admits that a labor management committee issued an award in favor of the Union based on a grievance it had filed over the termination of Thomas J. Lexa. Any and all remaining allegations in Paragraph 6 of the Complaint are denied.

7. The allegations contained in Paragraph 7 of the Complaint are denied.

### FIRST AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction.

**SECOND AFFIRMATIVE DEFENSE**

Enforcement of the award would violate a well-defined public policy.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Arc Disposal respectfully requests that this Court dismiss the Complaint in its entirety and with prejudice, and award Arc Disposal its costs and fees, including reasonable attorneys fees, which it has been forced to incur in defending itself against this action, and allow Arc Disposal such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Ross H. Friedman
Ross H. Friedman
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601-5094
(312) 324.1172

Attorney for Defendant
Arc Disposal Company, Inc.

Joseph E. Santucci, Jr.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739.5398
Of Counsel

## **CERTIFICATE OF SERVICE**

      I, Ross H. Friedman, hereby certify that a true and correct copy of Defendant's Answer to Plaintiff's Complaint was served by hand delivery this 15th day of July, 2008 upon:

>Robert E. Bloch, Esq.
>Steven W. Jados, Esq.
>DOWD, BLOCK & BENNETT
>8 South Michigan Avenue – 1900
>Chicago, Illinois  60603

                          /s/ Ross H. Friedman
                          Ross H. Friedman